UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAMINAH ODDIE-JOHNSON,<br><br>                  Plaintiff,<br><br>   v.<br><br>VERO MANAGEMENT LLC, et al.,<br><br>                  Defendants. | CASE NO. C25-0325JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Yaminah Oddie-Johnson's motion for summary judgment (MSJ (Dkt. # 7)) and the court's March 25, 2025 order dismissing Ms. Oddie-Johnson's complaint without prejudice and with leave to amend by April 8, 2025 (3/25/25 Order (Dkt. # 6)). Ms. Oddie-Johnson did not amend her complaint by that deadline. (*See generally* Dkt.) Accordingly, the court DISMISSES this action without prejudice and DENIES her motion for summary judgment as moot.

Ms. Oddie-Johnson filed her complaint on February 3, 2025 and received leave to proceed *in forma pauperis*. (Compl. (Dkt. # 5); *see also* IFP Application (Dkt. # 1);

ORDER - 1

2/28/25 Order (Dkt. # 4) (granting leave to proceed *in forma pauperis*).) On March 25, 2025, the court reviewed Ms. Oddie-Johnson's complaint under 28 U.S.C. § 1915(e)(2)(B). (*See* 3/25/25 Order.) The court concluded that Ms. Oddie-Johnson failed to establish federal subject matter jurisdiction, dismissed her complaint without prejudice, and granted her leave to amend her complaint by no later than April 8, 2025. (*Id.* at 3-5.)

Ms. Oddie-Johnson did not amend her complaint. (*See generally* Dkt.) Instead, on April 7, 2025, she moved for summary judgment, arguing in relevant part that there is no genuine dispute of material fact that (1) she is entitled to a declaratory judgment quieting title to certain real property, and (2) Defendants have no valid claims to the property. (MSJ at 1-2.) Ms. Oddie-Johnson's motion did not address the court's order dismissing her complaint or otherwise discuss whether the court has federal subject matter jurisdiction over this action. (*See generally id.*)

Because Ms. Oddie-Johnson fails to establish the court's subject matter jurisdiction and has declined to amend her complaint, the court DISMISSES this action without prejudice. The court DENIES Ms. Oddie-Johnson's motion for summary judgment (Dkt. # 7) as moot.

Dated this 10th day of April, 2025.

JAMES L. ROBART
United States District Judge